UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL LUCAS-JACINTO,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>　　　　　　　　　　　Respondents. | Case No.:  26-cv-111-RSH-BLM<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

　　　　On January 8, 2026, petitioner Fidel Lucas-Jacinto filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1.

　　　　On January 20, 2026, Respondents filed a return acknowledging, in light of developments in a case pending in the U.S. District Court for the Central District of California, that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 1-2. Such a hearing may, as a practical matter, secure the relief sought in the Petition.

　　　　Accordingly, the Petition is **GRANTED** as follows. Respondents are directed to arrange a bond hearing for petitioner Fidel Lucas-Jacinto before an immigration court pursuant to 8 U.S.C. § 1226(a) within *seven (7) days* of this order. To the extent Petitioner seeks further relief from this Court, he must request it promptly after receiving that bond

hearing, or after the time provided by this Court for conducting a hearing has elapsed without a hearing having been held.

To the extent Petitioner seeks to recover fees or costs, he must do so in the manner prescribed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and the undersigned's chambers rules. Any request for fees must be made by duly noticed motion. The Court **VACATES** the hearing date set for January 29, 2026.

**IT IS SO ORDERED**.

Dated: January 20, 2026

_____
Hon. Robert S. Huie
United States District Judge